### 789. PYLES *v.* THE STATE.

HILL, C. J. One witness testified positively to facts and circumstances which proved guilt. Six witnesses contradicted this one witness as to the facts and as to the existence of some of the circumstances. The jury, in the exercise of its right, believed the testimony of the

one witness, and the trial judge approved the verdict. This court can not interfere.                                    *Judgment affirmed.*

Accusation of gaming, from city court of Polk county—Judge Irwin.   October 4, 1907.

Submitted November 11,—Decided November 14, 1907.

*Mundy & Mundy,* for plaintiff in error.

*P. R. Turner, solicitor,* contra.